IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES J. JAYROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00405-SDJ-BD |
| | § | |
| HONORABLE JENNIFER EDGEWORTH, *in her official capacity as Judge of the 219th Judicial District,* ET AL. | § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #24), that Plaintiff Charles J. Jayroe's ("Plaintiff") habeas corpus claim and his claims against the Collin County Sheriff's Office, the Collin County District Clerk's Office, Judge Jennifer Edgeworth, and Robert McEwan in his official capacity be dismissed with prejudice and his claims against McEwan in his individual capacity be dismissed without prejudice. Plaintiff filed Objections, (Dkt. #27), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The

Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's habeas corpus claim and his claims against the Collin County Sheriff's Office, the Collin County District Clerk's Office, Judge Jennifer Edgeworth, and Robert McEwan in his official capacity are **DISMISSED WITH PREJUDICE** and Plaintiff's claims against McEwan in his individual capacity are **DISMISSED WITHOUT PREJUDICE**. As recommended in the Report, Plaintiff may amend his complaint within 14 days of the entry of this order solely for the purpose of stating claims against McEwan in his individual capacity.

**So ORDERED and SIGNED this 11th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE