THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES J. JAYROE | § § | |
| v. | § § | CIVIL NO. 4:25-CV-00405-SDJ-BD |
| ROBERT JAMES MCEWAN | § § § § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #62), that Plaintiff's Motion for a Preliminary Injunction, (Dkt. #59), be denied and that the Amended Complaint, (Dkt. #31), be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for a Preliminary Injunction, (Dkt. #59), is **DENIED**, and Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

1

**So ORDERED and SIGNED this 14th day of January, 2026.**

                                        SEAN D. JORDAN
                                      UNITED STATES DISTRICT JUDGE